UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOMEX S.p.A.,

                Plaintiff,

v.

GA COMMUNICATIONS LLC,

                Defendant.

No. 24-CV-1165 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       The telephonic conference scheduled for April 19, 2024, is hereby adjourned. No later than April 30, 2024, the parties shall jointly file a letter updating the Court as to the status of the case in light of the fact that GA Communications LLC's has filed for bankruptcy. The letter shall also inform the Court as to the status of Defendant's representation by counsel. Because Defendant is a limited liability company, it may not be represented in a *pro se* capacity. *See, e.g.*, *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) ("[A] limited liability company . . . may appear in federal court only through a licensed attorney.").

       After reviewing the parties' joint letter, the Court will determine whether the case must be stayed and if not, whether and when an initial pre-trial conference would be fruitful.

Dated:    April 18, 2024
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge