UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOMEX S.p.A., <br><br>                               Plaintiff, <br><br>        v. <br><br> GA COMMUNICATIONS LLC, <br><br>                               Defendant. | No. 24-CV-1165 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

  The Court received the attached letter from counsel representing Defendant in its bankruptcy proceedings, seeking for the instant action to be stayed. No later than May 6, 2024, counsel for Plaintiff shall submit a letter indicating whether it objects to such a stay and if so, why the case should not be stayed pursuant to 11 U.S.C. § 362.

Dated: April 30, 2024
    New York, New York

                          Ronnie Abrams
                          United States District Judge

| | LAW OFFICES | |
|---|---|---|
| WESTMINSTER<br>CARROLL COUNTY<br>410-751-3800 | **ROBERT M. STAHL, LLC**<br>1142 YORK ROAD<br>LUTHERVILLE, MD 21093<br>410-825-4800 | ELLICOTT CITY<br>HOWARD COUNTY<br>410-480-4800 |
| LUTHERVILLE/TOWSON<br>BALTIMORE COUNTY<br>410-825-4800 | FAX 410-825-4880<br>stahllaw@comcast.net | BEL AIR<br>HARFORD COUNTY<br>410-838-1515 |

April 25, 2024

**VIA EMAIL: Abrams_NYSDChambers@nysd.uscourts.gov>**
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 1506
New York, NY  10007

    Re:  **Glomex S.p.A. v. GA Communications, LLC**
        Index No.: 24-cv-1165 (RA)

Dear Judge Abrams:

    Please be advised that I am Legal Counsel for GA Communications, LLC in reference to the Bankruptcy Case which was filed in the United States Bankruptcy Court for the District of Maryland on April 11, 2024, Case #: 24-13038.

    Please take notice that the above referenced case should be stayed per 11 USC Section 365.

    I have attempted to reach out to Glomex's counsel numerous times via telephone and emails without any response.

If the Court has any further questions, please feel free to give me a call and I will be happy to answer them.

With kind regards, I am,

                                               Sincerely,

                                               Robert M. Stahl, Esq.

RMS/dla

cc: via email & regular mail
    Brian L. Grossman
    Reinhardt Savic Foley
    200 Liberty Street 27th Floor
    New York, New York  10281
    bgrossman@rsf-llp.com