UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOMEX S.p.A.,

                Plaintiff,

     v.

GA COMMUNICATIONS LLC,

                Defendant.

No. 24-CV-1165 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The telephonic conference scheduled for October 24, 2024, is hereby adjourned to November 8, 2024 at 10:30 a.m. Unless the parties request otherwise, the conference will take place telephonically. Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

    No later than November 1, 2024, the parties shall jointly file a proposed scheduling order, case management plan, and a letter updating the Court as to the matter of subject matter jurisdiction. The letter shall also inform the Court as to the status of Defendant's representation by counsel.

Dated:   October 21, 2024
            New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge